UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GIBBONS PEER,

      Petitioner,

v.                                                                Case No.:  2:26-cv-1963-SPC-NPM

SECRETARY RICKY DIXON,
FLORIDA DEPARTMENT OF
CORRECTIONS,

      Respondent.

                                     /

## OPINION AND ORDER

Before the Court is Plaintiff Gibbons Peer's Petition for Writ of Mandamus (Doc. 1).  Peer is a prisoner of the Florida Department of Corrections (FDOC), and he commenced this action to seek redress from the FDOC secretary.  The Court must review the complaint to determine if it is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915A.

Peer seeks a writ of mandamus directing the FDOC secretary to "correct the malfeasance throughout the entire disciplinary report etc."  (Doc. 1 at 1).  The rest of Peer's petition is a seven-page narrative about his state criminal trial and his time in county jail.  He does not allege any wrongdoing by the

FDOC secretary, and it is not clear what exactly he wants the Court to do. In any event, federal district courts cannot issue writs of mandamus to state officers and agencies. *See* 28 U.S.C. § 1361 (authorizing district courts to issue writs of mandamus to officers and employees of the United States, but not officers of the individual states); *see also Ferguson v. Ala. Criminal Justice Info. Ctr.*, 962 F. Supp. 1446 (M.D. Ala. 1997).

If Peer believes a state official deprived him of a right secured by the Constitution or federal statute, he should file a civil rights complaint against that official. If he wants to challenge his conviction, he should file a petition for a writ of habeas corpus after exhausting any habeas claims in state court. But Peer cannot seek a writ of mandamus against a state official in this Court.

Accordingly, this action is **DISMISSED** for failure to state a claim. The Clerk is **DIRECTED** to enter judgment, close this case, and send Peers a civil-rights complaint form and a § 2254 habeas form.

**DONE** and **ORDERED** in Fort Myers, Florida on June 23, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record

2